No. 96–6455. BARNES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6474. GIANFORTUNA v. JABE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–355. CALDERON, WARDEN v. ANGELO MORALES. C. A. 9th Cir. Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.